

FORWARDING SERVICE REQUESTED

| IF PAYING BY DISCOVER, MASTERCARD, OR VISA, FILL OUT BELOW |
| --- |
| CHECK CARD USING FOR PAYMENT |
| ☐ Discover ☐ Mastercard ☐ Visa |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP DATE |

☐ Please check box if your address is incorrect or insurance information has changed, please indicate change(s) on reverse side.

ESSENTIA HEALTH　　　　　　　　　　　　　　　　　　　　　　　　　04/30/14
MONTHLY BILL DETAIL FOR　　　　　　　　　　　　　　　　　　　　　PAGE 2
COMPANY HERRICK & HART SC
GUAR ACCOUNT: 800009816

```
=================================================================
                       Current Statement
                  Patient Detail For New Charges
=================================================================
                                             CPT/
Service  Chg                                 HCPCS Rev              Total
Date     Code   Description                  Code  Code  Qty        Price
-------  ----   ----------------------------  ----- ----  ----   -----------
```

Patient Name: HILLS,MARY L #32125
Account: 29237648

| Service Date | Chg Code | Description | CPT/HCPCS Code | Rev Code | Qty | Total Price |
|---|---|---|---|---|---|---|
| 03/24/14 | 911 | CHART RETRIEVAL - CUST.SERVI* DOS: 3/24/14 T | 99080 | 0000 | 001 | 15.95 |
| 03/24/14 | 912 | ITEMIZATIONS - CUST. SERVICE | 99080 | 0000 | 001 | 3.63 |
| 03/24/14 | 913 | SALES TAX - CUST. SERVICE | 99080 | 0000 | 001 | 1.28 |
| 03/24/14 | 914 | POSTAGE - CUST. SERVICE | 99080 | 0000 | 001 | 1.22 |
|  |  | TOTAL ***HILLS,MARY L*** 3201509 |  |  |  | 22.08 |

▮▮▮▮▮▮▮▮▮▮ #32459

Account: 29237671

| Service Date | Chg Code | Description | CPT/HCPCS Code | Rev Code | Qty | Total Price |
|---|---|---|---|---|---|---|
| 03/24/14 | 911 | CHART RETRIEVAL - CUST.SERVI* DOS: 9/14/13 T | 99080 | 0000 | 001 | 15.95 |
| 03/24/14 | 912 | ITEMIZATIONS - CUST. SERVICE | 99080 | 0000 | 001 | 56.87 |
| 03/24/14 | 913 | SALES TAX - CUST. SERVICE | 99080 | 0000 | 001 | 4.74 |
| 03/24/14 | 914 | POSTAGE - CUST. SERVICE | 99080 | 0000 | 001 | 2.58 |
|  |  | TOTAL ***WEBB,DEWI L*** 933100 |  |  |  | 80.14 |

▮▮▮▮▮▮▮▮▮▮ 460

Account: 29237709

| Service Date | Chg Code | Description | CPT/HCPCS Code | Rev Code | Qty | Total Price |
|---|---|---|---|---|---|---|
| 03/24/14 | 911 | CHART RETRIEVAL - CUST.SERVI* DOS: 9/14/13 TO | 99080 | 0000 | 001 | 15.95 |
| 03/24/14 | 912 | ITEMIZATIONS - CUST. SERVICE | 99080 | 0000 | 001 | 13.31 |
| 03/24/14 | 913 | SALES TAX - CUST. SERVICE | 99080 | 0000 | 001 | 1.91 |

**EXHIBIT C**