# EX. 6

FILED
04-15-2020
John Barrett
Clerk of Circuit Court
2013CV002642



Joseph J. Welcenbach  
Robert J. Welcenbach  
Eric S. Teske

Phone: (414) 774-7330  
Fax: (414) 774-7670  
www.welcenbachlaw.com

*Protecting you Like family*

933 North Mayfair Road, Suite 311  
Milwaukee, WI 53226

April 15, 2020

Hon. Marshall B. Murray                    VIA CIRCUIT COURT EFILE  
Milwaukee County Courthouse  
901 N. 9th Street, Rm. 208  
Milwaukee, WI 53226

RE:  Moya v. Healthport Technologies  
      Case No. 13-CV-2642, Milwaukee Co., WI

Dear Judge Murray,

    I am writing to request that the Court remove the hearing scheduled before you on April 21, 2020 at 2:00 p.m. in this matter. The parties are currently working to fulfill the terms of the settlement agreement and a hearing is not necessary at this time.

    Thank you.

                                                  Very truly yours,

                                                  /s/:Electronically filed by Robert J. Welcenbach

                                                  Robert J. Welcenbach

RJW/lbr

cc:    All Counsel via Circuit Court E-File