UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**MARY HILLS**
Individually and on behalf of a class of others similarly situated,

    Plaintiff,

v.

**ESSENTIA HEALTH**

    Defendant/Third Party Plaintiff,

v.

**Ciox Health LLC.**

    Third Party Defendant.

Case No.: 19-CV-907

JURY TRIAL DEMANDED

## PLAINTIFF'S MOTION TO CERTIFY CLASSES UNDER RULE 23, APPOINT PLAINTIFF AS CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL

Plaintiff, Mary Hills ("Hills"), moves this Court to certify a class under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure. The proposed class covers persons who have been illegally charged various basic, retrieval and/or certification fees in violation of Wisconsin law. *Moya v. Aurora Healthcare, Inc.*, 2017 WI 45, ¶ 22, 375 Wis. 2d 38, 894 N.W.2d 405 (2017).

The proposed class meets all of the requirements of Rule 23 necessary to certify classes that will allow Wisconsin patients to recover the fees that

1

Defendant Essentia has directly or indirectly illegally charged and collected and be granted such other relief they may be entitled to under Wisconsin law. In the absence of the class, the class members will not recover these illegal fees. A memorandum in support of this motion is filed with this motion along with the Declarations of Mary Hills, Jay Heit, Robert Welcenbach, Scott Borison and J. Craig Jones.

Wherefore, the Plaintiff requests that the Court certify the class set forth in her memorandum.

Dated this 7th day of October, 2020.

Respectfully submitted,

/s/ Robert J. Welcenbach
**Robert J. Welcenbach**
Welcenbach Law Offices, S.C.
State Bar No. 1033091
933 North Mayfair Road
Suite 311
Milwaukee, WI  53226
(414) 774-7330 Office
(414) 774-7670 Fax
robert@welcenbachlaw.com

**J. Craig Jones**
**JONES AND HILL, LLC**
131 Highway 165 South
Oakdale, La 71463
(318) 335-1333 - Telephone
(318) 335-1934 - Facsimile
craig@joneshilllaw.com

**Scott C. Borison**
Borison Firm, LLC
1400 S Charles St.
Baltimore MD 21230

(301) 620-1016
(301) 620-1018 (fax)
scott@borisonfirm.com

Attorneys for the Plaintiff,
Mary Hills

CERTIFICATE OF SERVICE

This document was served on counsel for all parties when filed through the Court's CM/ECF system on October 7, 2020.

/s/ Robert J. Welcenbach

3