UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**MARY HILLS**
Individually and on behalf of a class of others similarly situated,

        Plaintiff,

v.

**ESSENTIA HEALTH**

        Defendant/Third Party Plaintiff,

v.

**Ciox Health LLC.**

        Third Party Defendant.

Case No.: 19-CV-907

JURY TRIAL DEMANDED

---

DECLARATION OF ROBERT J. WELCENBACH

---

Robert J. Welcenbach, being first duly sworn on oath, deposes and states as follows:

    1.    I am the attorney for Plaintiff and have personal knowledge of the facts set forth herein.

    2.    I submit this declaration in support of my client's Motion to Certify a Class, Appoint Plaintiff as Class Representative and Class Counsel.

1

3. I am an attorney first licensed to practice law in 1999. I am currently admitted to practice before all courts in Wisconsin, the Eastern District of Wisconsin Federal Court and the 7th Circuit Court of Appeals.

4. I am currently a member of Welcenbach Law Offices, S.C., located in Wauwatosa, Wisconsin.

5. My practice includes representing injured people as well as consumers. I have represented consumers in cases involving federal and state laws designed to protect consumers.

6. My co-counsel and I have and will devote the resources necessary to pursue the claims in this action.

7. My co-counsel in this case are (i) Scott Borison, who is an experienced lawyer in since 1987 who has been actively involved in the litigation of claims relating to class actions and consumer litigation, (ii) John C. Jones, is an experienced lawyer in Louisiana since 1986 who has been actively involved in the litigation of claims relating to personal injury and business matters and (iii) Jay Heit who is an experienced trial attorney.

8. I have prosecuted numerous jury trials and court trials as well as appeals to the Wisconsin Court of Appeals, Wisconsin Supreme Court and the 7th Circuit Court of Appeals.

9. I have argued before the Wisconsin Supreme Court on three occasions, including on behalf of Carolyn Moya in *Moya v. Aurora Healthcare, Inc.*, 2017 WI 45, ¶ 22, 375 Wis. 2d 38, 894 N.W.2d 405 (2017).

10. Mr. Borison, Mr. Jones and myself were appointed as class counsel in *Moya v. Aurora Healthcare, Inc.* Case No. 13CV2642, Milwaukee County Circuit Court, Wisconsin.

11. Neither I nor my co-counsel have any interests that would adversely affect any of us from acting as class counsel in this action.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 7, 2020.

/s/ Robert J. Welcenbach
Robert J. Welcenbach

3