IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY HILLS,

    Plaintiff,

v.                                            Case No. 19-cv-907-wmc

ESSENTIA HEALTH,

    Defendant/Third-Party Plaintiff,

v.

CIOX HEALTH, LLC,

    Third-Party Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Essentia Health against plaintiff Mary Hills dismissing plaintiff's amended complaint.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered dismissing Essentia Health's third-party complaint against third-party defendant Ciox Health, LLC.

       s/ A. Wiseman, Deputy Clerk                  1/26/2022
Peter Oppeneer, Clerk of Court                        Date